*United States District Court*
*For the Northern District of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAO YANG,                                          No. C 11-06414 SBA (PR)

        Petitioner,                          **ORDER OF DISMISSAL WITHOUT PREJUDICE**

  v.

RANDY GROUNDS, Warden,

        Respondent.

_____/

On December 19, 2011, Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day the action was filed the Court sent a notification to Petitioner informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application. The Clerk of the Court sent Petitioner a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed.

More than thirty days have passed and Petitioner has not paid the filing fee, returned the in forma pauperis application or otherwise communicated with the Court.

IT IS HEREBY ORDERED THAT this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Petitioner's case. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

DATED: __1/19/12_____          _Saundra B Armstrong_____
                                      SAUNDRA BROWN ARMSTRONG
                                      United States District Judge

1  UNITED STATES DISTRICT COURT
    FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  PAO YANG,                       Case Number: CV11-06414 SBA

              Plaintiff,
5                        **CERTIFICATE OF SERVICE**

6   v.

7  RANDY GROUNDS et al,

              Defendant.
8  _____/

9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

11  That on January 23, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12  envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
    located in the Clerk's office.

13

14

15  Pao  Yang
    Correctional Training Facility
16  P.O. Box 689
    Soledad,  CA 93960-0689
17
    Dated: January 23, 2012
18                                Richard W. Wieking, Clerk
                            By: LISA R CLARK, Deputy Clerk
19

20

21

22

23

24

25

26

27

28

*United States District Court*
For the Northern District of California