UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAO YANG, | No. C 11-6414 SBA (PR) |
| Petitioner, | **ORDER REOPENING ACTION** |
| v. | |
| RANDY GROUNDS, | |
| Respondent. / | |

The action was dismissed because Petitioner failed to file an application to proceed in forma pauperis ("IFP") by the deadline. Such application has been filed (Docket No. 4), along with a motion for reconsideration (Docket No. 5), which the Court construes as a motion to reopen the action. So construed, the motion is GRANTED, and the action is hereby REOPENED. Petitioner's IFP application is GRANTED. The Court will review the petition and issue an appropriate order within 120 days. The Clerk shall reopen the action, and terminate Docket Nos. 4 and 5.

IT IS SO ORDERED.

DATED:  9/28/12

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\HC.11\Yang414.reopen.md

<div style="float:left">**United States District Court**
For the Northern District of California</div>

1  UNITED STATES DISTRICT COURT

2  FOR THE

3
4  NORTHERN DISTRICT OF CALIFORNIA

5
6
7  PAO YANG,                                    Case Number: CV11-06414 SBA

8           Plaintiff,                          **CERTIFICATE OF SERVICE**

9
10     v.

11  RANDY GROUNDS et al,

12           Defendant.                                          /

13

14  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.
15

16  That on October 10, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
17  envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
    located in the Clerk's office.
18

19
20
21  Pao Yang
    Correctional Training Facility
22  P.O. Box 689
    Soledad, CA 93960-0689
23
24  Dated: October 10, 2012
                                                Richard W. Wieking, Clerk
25                                              By: Lisa Clark, Deputy Clerk

26
27
28

G:\PRO-SE\SBA\HC.11\Yang414.reopen.md      2