IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAO YANG,

    Petitioner,

v.

RANDY GROUNDS, Warden,

    Respondent.

No. C 11-06414 SBA (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Granting Respondent's Motion to Dismiss,

IT IS ORDERED AND ADJUDGED

That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

DATED: 3/31/2014

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.11\Yang6414.jud.frm